

# CHRIS DANIEL

01-15-00130-CR

### HARRIS COUNTY DISTRICT CLERK

February 10, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 10:58:04 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE STACEY W. BOND
176TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: MICHAEL W. PETERS

Cause No: 1413407

Court: 176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's Notice of Appeal on motion only- filed date:** 02/09/2015
**Ruling Made:** 01/08/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/s/ Naomi Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 1413407

THE STATE OF TEXAS

__Michael Peters, A/K/A__

__176__ District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On __Feb. 9 - 2015__ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction. Denied motion to suppress ?

F I L E D
Chris Daniel
District Clerk
FEB 9 2015
Time:_____
By_____
Harris County, Texas
Deputy

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

FEB - 9 2015   2/9/15

__Date__

__Michael Peters__
Defendant (Printed name)

__William B. Portis__
Attorney (Signature)

__William B. Portis. Jr__
Attorney (Printed name)

__16110 0__
State Bar Number

__8561 Long Point Rd Suite #205__
Address

__7.3. 224. 6473__
Telephone Number

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

__Michael Peters__
Defendant (Signature)

__Michael Peters__
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON FEB - 9 2015   2/9/15

By Deputy District Clerk of Harris County, Texas _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# ORDER

On **2/9/15** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **2/9/15**

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

**Cause No. 141340701010**

| THE STATE OF TEXAS | IN THE 176TH DISTRICT COURT |
|---|---|
| v. | |
| | HARRIS COUNTY, TEXAS |
| MICHAEL PETERS , Defendant | |

# TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☑    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐    is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐    the defendant has waived the right of appeal.

_____       **JAN - 9 2015**

Judge                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Michael Peters_ _____       _____

Defendant                                    Defendant's Counsel

Mailing Address: _723 Greystone St. Houston_    State Bar of Texas ID number: _____

Telephone number: _281-384-2196_      Mailing Address: _____

Fax number (if any): **FILED**        Telephone number: _____

Chris Daniel
District Clerk

JAN 9 - 2015

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere*-and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

3-9-15 1st

Court 176th Due _____ Cause No. 1413907

## The State of Texas
### Vs
Michael Peters

Date Notice 1-8-15
Of Appeal: 2-9-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Stacey W. Bond
Court Reporter_____
Court Reporter_____
Court Reporter_____

Attorney
on Trial William Portis

Attorney
on Appeal WXA

Appointed_____ Hired ✓_____

Offense POSS W/ Int to Deliver

Jury Trial: Yes_____ No_____

Punishment
Assessed M/to Suppress Denied

Companion Cases
(If Known)_____

Amount of 0.00
Appeal Bond_____

Appellant
Confined: Yes_____ No_____

Date Submitted 2-9-15
To Appeal Section_____

Deputy Clerk A. Ausner

1319877